Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MICHELLE A. BARON<br><br>        Debtor. | Case No. 18-32159-tmb11 |
| MICHELLE A. BARON<br><br>        Plaintiff,<br><br>v.<br><br>GRETCHEN PAN, an individual and as successor in interest to the Elizabeth Steiner Trust; an XIANGHUA "ED" PAN an individual,<br><br>        Defendants. | Adv. Proc. No. 19−03118−tmb<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING |

Page 1 of 2  ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING

{00329015:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-03118-tmb    Doc 12    Filed 01/14/20

THIS MATTER came before the Court on Defendants' Motion to Dismiss Adversary Proceeding [Dkt. No. 3]. Plaintiff Michelle A. Baron did not file a response to the Motion.

The Court having reviewed the pleadings, finding that the Motion is suitable for resolution without a hearing, and being otherwise duly advised in the premises as follows; now, therefore,

IT IS HEREBY ORDERED that:

1. Based on the reasoning in the Court's Memorandum Opinion filed at Docket No. 10, the Defendants' Motion is GRANTED.

2. Debtor's adversarial proceeding is hereby dismissed with prejudice.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

MOTSCHENBACHER & BLATTNER LLP
/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Telephone: 503-417-0517
E-mail: tsexton@portlaw.com
Of Attorneys for Defendants

Page 2 of 2   ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING

{00329015:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-03118-tmb    Doc 12    Filed 01/14/20